683 A.2d 1159
STATE OF NEW JERSEY v. JEFFREY ZGLOBICKI.

October 30, 1996.

## ORDER

This matter having been duly presented to the Court on defendant's appeal as of right, and the Court having determined that the matter does not raise a substantial constitutional question under *R.* 2:2–1(a)(1) and the applicable case law, nor an issue warranting certification under *R.* 2:12–4, it is ORDERED that the appeal is dismissed.